THE PEOPLE OF THE STATE OF NEW YORK on Complaint of WILLIAM FELDMAN, Respondent, v. VITO PICONI, Appellant.— Appeal from a judgment of a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of violating chapter 17, section 53 [§ 415(1)–53.0], of the Administrative Code of the City of New York. Judgment unanimously affirmed. The proof warranted the conviction of defendant for a violation of section 183 of the Sanitary Code. On the trial defendant failed to call attention to the variance between the allegations of the information and the proof. It may not be raised on appeal. (*People* v. *McCarthy*, 250 N. Y. 358; *People* v. *Manfredi*, 144 App. Div. 359.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

ESTHER SHAPIRO, as Administratrix, etc., of JOSEPH SHAPIRO, Deceased, Respondent, v. ALEXANDER DAIRY Co., INC., Appellant, and NATHAN STERN, Defendant.— In an action to recover damages for the death of plaintiff's intestate, a pedestrian who was struck by the ring or rim lock of a tire which exploded after it was removed from the wheel of the truck of defendant Alexander Dairy Co., Inc., judgment for plaintiff, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

IRMA SEIDES, Appellant, v. WILTRY BUILDING CORPORATION, Respondent.— Appeal by plaintiff from an order denying her motion for an injunction *pendente lite*. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.